IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN ROBERT DEMOS, JR., #287-455        *

v.                                      *        CIVIL ACTION NO. CCB-09-3205

UNITED STATES OF AMERICA                *
                                      *****

**MEMORANDUM**

On November 20, 2009, John Robert Demos, Jr., a prison inmate incarcerated in the McNeil Island Correctional Center in Steilacoom, Washington, filed the instant case. Demos has neither moved for leave to proceed *in forma pauperi,* nor paid the civil filing fee. Given plaintiff's incarceration, and previous filings with the court, he appears to be impoverished.

A prisoner is not allowed to bring a civil action under the provisions of 28 U.S.C. § 1915 if he "has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The undersigned, who is familiar with Demos's previous civil filings, notes that since 1997, Demos has had numerous cases dismissed as frivolous and at least one which was previously dismissed under 28 U.S.C. § 1915(g).[1] Demos alleges in the instant action that the President of the United States is without constitutional authority

---

[1] *See Demos v. Motellap*, Civil Action No. MJG-00-698 (D. Md. 2000); *Demos v. Doe*, Civil Action No. MJG-00-547 (D. Md. 2000); *Demos v. Doe*, Civil Action No. JG-00-1035 (E.D. Pa. 2000); *Demos v. Scott Paper Co.,* Civil Action No. JG-97-4109 (E.D.Pa. 1997); *Demos v. Mikulski*, Civil Action No. CCB-03-1730 (D. Md. 2003).

The foregoing is a small sampling of the cases filed by Demos which were *sua sponte* dismissed by the court. The court notes that a review of PACER reveals that plaintiff has filed hundreds of cases throughout the country, the bulk of which have been filed in the United States District Court for the District of Washington. Staff at the United States District Court for the District of Washington report that plaintiff is subject to a bar order, entered prior to the adoption of the PLRA, wherein plaintiff's cases are screened before they are accepted for filing.

to sign Executive Orders.  He does not allege nor in any way indicate that he "is under imminent danger of serious physical injury."  In light of the foregoing, the court concludes the case shall be dismissed without prejudice.

     A separate Order follows.


 December 23, 2009                                               /s/
Date                                                         Catherine C. Blake
                                                             United States District Court